A CERTIFIED TRUE COPY
MAY - 4 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

05-2191-ML   APR 1 8 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-6)**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAY - 9 2005
12:45 pm
LORETTA G. WHYTE
CLERK

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 280 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FILED BY
cg
MAY 1 6 2005

Robert R. Di Trolio, Clerk
U. S. DIST COURT
W. D. OF TN, MEMPHIS

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY - 4 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
MAY 16 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee___
___ Process___
X  Dktd___
___ CtRmDep___
___ Doc. No.___

(8)

# SCHEDULE CTO-6 - TAG- ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

DISTRICT DIV. C.A.#

EDLA SEC. L/3

ALABAMA MIDDLE
| | | | | |
|---|---|---|---|---|
| ALM | 2 | 05-185 | Michael Rountree v. Merck & Co., Inc. | 05-1722 |
| ALM | 2 | 05-216 | Joe F. Donalson v. Merck & Co., Inc. | 05-1723 |
| ALM | 3 | 05-255 | Joe Sistrunk v. Merck & Co., Inc., et al. | 05-1724 |

ALABAMA NORTHERN
| | | | | |
|---|---|---|---|---|
| ALN | 2 | 05-478 | Josephine Y. Clarke v. Merck & Co., Inc. | 05-1725 |
| ALN | 2 | 05-484 | Carl E. Ray, Jr. v. Merck & Co., Inc. | 05-1726 |
| ALN | 7 | 05-532 | Ira Lewis Tingle, et al. v. Merck & Co., Inc. | 05-1727 |

ARKANSAS EASTERN
| | | | | |
|---|---|---|---|---|
| ARE | 4 | 05-178 | Dennis Hendrix v. Merck & Co., Inc., et al. | 05-1728 |

CALIFORNIA CENTRAL
| | | | | |
|---|---|---|---|---|
| CAC | 2 | 05-1627 | Cecile Schreiber v. Merck & Co., Inc. | 05-1729 |
| CAC | 8 | 05-189 | Josephine Hornik v. Merck & Co., Inc., et al. | 05-1730 |

CALIFORNIA EASTERN
| | | | | |
|---|---|---|---|---|
| CAE | 2 | 05-486 | Helen Aronis v. Merck & Co., Inc. | 05-1731 |

CALIFORNIA SOUTHERN
| | | | | |
|---|---|---|---|---|
| CAS | 3 | 05-482 | Wilmer Wayne Reese v. Merck & Co., Inc. et al. | 05-1732 |

COLORADO
| | | | | |
|---|---|---|---|---|
| CO | 1 | 05-430 | Art Kleinstein v. Merck & Co., Inc. | 05-1733 |

FLORIDA MIDDLE
| | | | | |
|---|---|---|---|---|
| FLM | 3 | 05-220 | Mary Rowdy, etc. v. Merck & Co., Inc. | 05-1734 |

FLORIDA NORTHERN
| | | | | |
|---|---|---|---|---|
| FLN | 5 | 05-56 | Mary Cooke, et al. v. Merck & Co., Inc. | 05-1735 |

FLORIDA SOUTHERN
| | | | | |
|---|---|---|---|---|
| FLS | 0 | 05-60275 | Harriet Glickel, et al. v. Merck & Co., Inc., et al. | 05-1736 |
| FLS | 0 | 05-60293 | Joyce Hermes, et al. v. Merck & Co., Inc., et al. | 05-1737 |
| FLS | 0 | 05-60345 | Michael Unger v. Merck & Co., Inc. | 05-1738 |
| FLS | 0 | 05-60361 | Diane M. Cramer, et al. v. Merck & Co., Inc. | 05-1739 |
| FLS | 0 | 05-60375 | Tami Dollar, etc. v. Merck & Co., Inc., et al. | 05-1740 |
| FLS | 1 | 05-20613 | Isabel Padron, etc. v. Merck & Co., Inc. | 05-1741 |
| FLS | 1 | 05-20678 | Jeanne Petit-Louis v. Merck & Co., Inc. | 05-1742 |
| FLS | 1 | 05-20679 | Anne I. Chavannes v. Merck & Co., Inc. | 05-1743 |
| FLS | 1 | 05-20680 | Philomene Oltine v. Merck & Co., Inc. | 05-1744 |
| FLS | 1 | 05-20681 | Andre Julien v. Merck & Co., Inc. | 05-1745 |
| FLS | 1 | 05-20682 | Venicia Cadet v. Merck & Co., Inc. | 05-1746 |
| FLS | 1 | 05-20683 | Marie Rose Lordeus v. Merck & Co., Inc. | 05-1747 |
| FLS | 1 | 05-20684 | Clamard Reveil v. Merck & Co., Inc. | 05-1748 |
| FLS | 1 | 05-20685 | Cecilia Achille v. Merck & Co., Inc. | 05-1749 |
| FLS | 1 | 05-20686 | Rosette Manasse v. Merck & Co., Inc. | 05-1750 |
| FLS | 1 | 05-20687 | Mathilde Julien v. Merck & Co., Inc. | 05-1751 |
| FLS | 1 | 05-20688 | Charite Toussaint v. Merck & Co., Inc. | 05-1752 |
| FLS | 1 | 05-20701 | Ana Arroyo v. Merck & Co., Inc. | 05-1753 |

| DISTRICT | DIV. | C.A.# | | EDLA SEC. L/3 |
|---|---|---|---|---|
| FLS | 1 | 05-20702 | Elida Guerra v. Merck & Co., Inc. | 05-1754 |
| FLS | 1 | 05-20703 | Dorinda Novo, et al. v. Merck & Co., Inc. | 05-1755 |
| FLS | 9 | 05-80209 | Iris Foster v. Merck & Co., Inc. | 05-1756 |
| FLS | 9 | 05-80210 | Rudolf Slavin, et al. v. Merck & Co., Inc. | 05-1757 |
| FLS | 9 | 05-80211 | Gloria Connolly, et al. v. Merck & Co., Inc. | 05-1758 |

IDAHO

| ID | 2 | 05-95 | Denis Radtke v. Merck & Co., Inc. | 05-1759 |
|---|---|---|---|---|
| ID | 2 | 05-96 | Gary Mohler v. Merck & Co., Inc. | 05-1760 |
| ID | 2 | 05-97 | Carol Lytle, etc. v. Merck & Co., Inc. | 05-1761 |
| ID | 2 | 05-98 | Travis Inman v. Merck & Co., Inc. | 05-1762 |
| ID | 2 | 05-99 | Marilyn L. Hainsworth v. Merck & Co., Inc. | 05-1763 |
| ID | 2 | 05-104 | Lorinda Roget v. Merck & Co., Inc. | 05-1764 |
| ID | 2 | 05-105 | Fred Van Nostrand, et al. v. Merck & Co., Inc. | 05-1765 |
| ID | 2 | 05-106 | Harvey Vinson v. Merck & Co., Inc. | 05-1766 |
| ID | 2 | 05-107 | Leonard Trueworthy v. Merck & Co., Inc. | 05-1767 |
| ID | 2 | 05-108 | Valerie A. Silva v. Merck & Co., Inc. | 05-1768 |

LOUISIANA MIDDLE

| LAM | 3 | 05-181 | Mary A. Wilson, et al. v. Merck & Co., Inc. | 05-1769 |
|---|---|---|---|---|

LOUISIANA WESTERN

| LAW | 2 | 05-383 | Robert S. Geyen v. Merck & Co., Inc. | 05-1770 |
|---|---|---|---|---|
| LAW | 5 | 05-418 | Eugene Lawrence Barattini, Jr., et al. v. Merck & Co., Inc. | 05-1771 |
| LAW | 6 | 05-437 | Virginia S. Aucoin v. Merck & Co., Inc. | 05-1772 |

MINNESOTA

| MN | 0 | 05-566 | Robert F. Heber v. Merck & Co., Inc. | 05-1773 |
|---|---|---|---|---|
| MN | 0 | 05-567 | Muriel E. Dunckel v. Merck & Co., Inc. | 05-1774 |
| MN | 0 | 05-568 | Richard J. Lenarz v. Merck & Co., Inc. | 05-1775 |
| MN | 0 | 05-586 | Jonathan Creg Cannon, et al. v. Merck & Co., Inc. | 05-1776 |

MISSOURI EASTERN

| MOE | 4 | 05-430 | ~~Kathryn Pueser, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/3/05 | |
|---|---|---|---|---|
| MOE | 4 | 05-437 | ~~Louise McCarter, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/3/05 | |
| MOE | 4 | 05-438 | ~~Norma Hubbard, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/3/05 | |
| MOE | 4 | 05-439 | ~~Delores Holmes, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/3/05 | |
| MOE | 4 | 05-440 | ~~Terry Frame, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/3/05 | |
| MOE | 4 | 05-441 | ~~Jane Cavins, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/3/05 | |
| MOE | 4 | 05-442 | ~~Charlesetta Butler, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/3/05 | |

MISSISSIPPI NORTHERN

| MSN | 2 | 05-55 | David R. Garner, et al. v. Merck & Co., Inc. | 05-1777 |
|---|---|---|---|---|
| MSN | 4 | 05-57 | John Thomas, etc. v. Merck & Co., Inc. | 05-1778 |

NEW HAMPSHIRE

| NH | 1 | 05-86 | Joyce E. DiMauro v. Merck & Co., Inc. | 05-1779 |
|---|---|---|---|---|

NEW YORK EASTERN

| NYE | 1 | 05-1145 | Mary Bryant, et al. v. Merck & Co., Inc. | 05-1780 |
|---|---|---|---|---|
| NYE | 1 | 05-1196 | Les Stein, et al. v. Merck & Co., Inc. | 05-1781 |

NEW YORK SOUTHERN

| NYS | 1 | 05-3066 | Sofia Kuper, et al. v. Merck & Co., Inc., et al. | 05-1782 |
|---|---|---|---|---|

SCHEDULE CTO-6 TAG-ALONG ACTIONS (MDL-1657)

Page 3 of 3

| DISTRICT | DIV. | C.A.# | | EDLA SEC. L/3 |
|---|---|---|---|---|
| **OHIO NORTHERN** | | | | |
| OHN | 1 | 05-671 | Gail Cougar, et al. v. Merck & Co., Inc. | 05-1783 |
| OHN | 1 | 05-672 | Norma Tress, et al. v. Merck & Co., Inc. | 05-1784 |
| OHN | 1 | 05-713 | Richard Paul, Sr., et al. v. Merck & Co., Inc. | 05-1785 |
| OHN | 1 | 05-714 | Jackie Sigman, et al. v. Merck & Co., Inc. | 05-1786 |
| OHN | 1 | 05-715 | Dorothy Shirkey, et al. v. Merck & Co., Inc. | 05-1787 |
| OHN | 1 | 05-716 | George A. Hutchens, Jr., et al. v. Merck & Co., Inc. | 05-1788 |
| OHN | 1 | 05-718 | Clova Koman, et al. v. Merck & Co., Inc. | 05-1789 |
| OHN | 1 | 05-719 | Andrew Dragon, et al. v. Merck & Co., Inc. | 05-1790 |
| OHN | 1 | 05-720 | Nancy Rischar, et al. v. Merck & Co., Inc. | 05-1791 |
| **OKLAHOMA WESTERN** | | | | |
| OKW | 5 | 05-291 | Donald Odquist, et al. v. Merck & Co., Inc. | 05-1792 |
| OKW | 5 | 05-293 | Melissa Rizvi, et al. v. Merck & Co., Inc. | 05-1793 |
| **PENNSYLVANIA EASTERN** | | | | |
| PAE | 2 | 04-5158 | Veronica Morgan, et al. v. Super Fresh Food Markets, Inc., et al. | 05-1794 |
| PAE | 2 | 05-1237 | John O. Cochran v. Merck & Co., Inc., et al. | 05-1795 |
| **TENNESSEE WESTERN** | | | | |
| TNW | 1 | 05-1067 | Pauline Tharpe, etc. v. Merck & Co., Inc., et al. | 05-1796 |
| TNW | 1 | 05-1068 | Charles M. Flippin, et al. v. Merck & Co., Inc., et al. | 05-1797 |
| TNW | 1 | 05-1078 | Rita Rutherford v. Merck & Co., Inc., et al. | 05-1798 |
| ~~TNW~~ | ~~2~~ | ~~05-2189~~ | ~~Christian Jensen v. Merck & Co., Inc.~~ | ~~05-1799~~ |
| TNW | 2 | 05-2191 | Diane McIntyre v. Merck & Co., Inc. | 05-1800 |
| **TEXAS NORTHERN** | | | | |
| TXN | 5 | 05-61 | Margaret May Baldwin, et al. v. Merck & Co., Inc. | 05-1801 |
| TXN | 5 | 05-62 | Earnest Dwayne Kuntz, et al. v. Merck & Co., Inc. | 05-1802 |
| **TEXAS SOUTHERN** | | | | |
| TXS | 1 | 05-66 | Juan Enrique Gavito v. Merck & Co., Inc. | 05-1803 |
| **TEXAS WESTERN** | | | | |
| TXW | 1 | 05-157 | Donna Williams v. Merck & Co., Inc. | 05-1804 |
| TXW | 1 | 05-158 | Santos Irma Salinas, et al. v. Merck & Co., Inc. | 05-1805 |
| TXW | 1 | 05-159 | Virginia Lanz v. Merck & Co., Inc. | 05-1806 |
| TXW | 1 | 05-160 | Vera Platt v. Merck & Co., Inc. | 05-1807 |
| TXW | 1 | 05-161 | Daniel Fay, et al. v. Merck & Co., Inc. | 05-1808 |
| TXW | 1 | 05-162 | Thelma Pannell v. Merck & Co., Inc. | 05-1809 |
| TXW | 1 | 05-163 | Jose Bustos, et al. v. Merck & Co., Inc. | 05-1810 |
| **WEST VIRGINIA NORTHERN** | | | | |
| ~~WVN~~ | ~~5~~ | ~~05-34~~ | ~~William David Lough, et al. v. Merck & Co., Inc., et al.~~ Opposed 5/4/05 | |

# INVOLVED COUNSEL LIST FOR SCHEDULE CTO-6
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

Jeff Steven Abers
Fazio, Dawson, Disalvo, Cannon, et al.
633 S. Andrews Avenue, Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

Price L. Ainsworth
Spivey & Ainsworth
48 East Avenue
Austin, TX 78701

Alejandro Alvarez
355 Palermo Avenue
Coral Gables, FL 33134

Clayeo Arnold
608 University Avenue
Sacramento, CA 95825

Brian K. Balser
Law Offices of Brian K. Balser
5311 Meadow Lane Court, Suite 1
Elyria, OH 44035

Kathryn E. Barnett
Lieff, Cabraser, Heimann & Bernstein
3319 West End Avenue, Suite 600
Nashville, TN 37203

Keith T. Belt, Jr.
Bohanan & Belt, PC
2151 Highland Avenue, Suite 310
Birmingham, AL 35205

Steven J. Boranian
Reed Smith LLP
Professional Corporation
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Thomas W. Braun
Moquin & Daley, P.A.
388 Commonwealth Avenue
Boston, MA 02215

Joseph A. Breymeier
Naulty, Scaricamazza & McDevitt
One Penn Center at Suburban Station
Suite 1600
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

D. Frank Davis
Davis & Norris, LLP
2151 Highland Avenue, Suite 100
Birmingham, AL 35205

John Clark Davis
Law Offices of John C. Davis
623 Beard Street
Tallahassee, FL 32303

William Dinkes
Dinkes & Schwitzer
112 Madison Avenue
New York, NY 10016

James M. Doran, Jr.
Waller, Lansden, Dortch & Davis
511 Union Street, Suite 2700
Nashville, TN 37219-8966

Nicola Thompson Drake
Whatley Drake, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35202-0647

Russell J. Drake
Whatley Drake, LLC
2323 2nd Avenue, North
P.O. Box 10647
Birmingham, AL 35202-0647

Scott J. Eldredge
Burg, Simpson, Eldredge, Hersh & Jardine, P.C.
40 Inverness Drive East
Englewood, CO 80112-2866

Carl Frankovitch
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062-3828

James P. Frantz
Frantz, Townsend & Foldenauer, LLP
600 West Broadway, Suite 1200
San Diego, CA 92101-3819

Michael Gassaway
One N. Hudson Ave., 11th Floor
Oklahoma City, OK 73102

Anthony M. Georges-Pierre
Remer & Georges-Pierre
100 N. Biscayne Blvd., Suite 1003
Miami, FL 33132

Christopher Gomlicker
Harrill & Sutter, P.L.L.C.
310 Natural Resources Drive
P.O. Box 26321
Little Rock, AR 72221-6321

David W. Groner
Office of David Groner
P.O. Box 9207
New Iberia, LA 70562-9207

Frank O. Hanson, Jr.
Law Offices of Frank O. Hanson, Jr.
4401 Gary Avenue
Fairfield, AL 35064

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

T. Robert Hill
Hill Boren
1269 North Highland Avenue
P.O. Box 3539
Jackson, TN 38303-0539

David Hadden Hockema
Hockema, Tippit & Escobedo, L.L.P.
1 Paseo Del Prado
Bldg. 101
P.O. Box 720540
McAllen, TX 78504-0540

Jeffrey A. Holmstrand
McDermott & Bonenberger, PLLC
53 Washington Avenue
Wheeling, WV 26003

James R. Hooper
Law Offices of James Richard Hooper, P.A.
815 North Garland Avenue
P.O. Box 540509
Orlando, FL 32854-0509

Robert K. Jenner
Janet & Jenner, LLC
1829 Reistertown Road, Suite 320
Baltimore, MD 21208

John A. Kenney
McAfee & Taft
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102

Norman C. Kleinberg
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Sanford E. Knott
Sanford Knott & Associates, PA
P.O. Box 1208
Jackson, MS 39215-1208

Carlene Rhodes Lewis
Goforth, Lewis, Sanford & Wilson, LLP
1111 Bagby, Suite 2200
Houston, TX 77002

Michael A. London
Douglas & London
111 John Street, 8th Floor
New York, NY 10038

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Patricia E. Lowry
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Matthew E. Lundy
Lundy & Davis
333 N. Sam Houston Parkway, East
Suite 375
Houston, TX 77060-2487

Marvin W. Masters
Masters & Taylor, L.C.
181 Summers Street, 4th Floor
Peoples Building
Charleston, WV 25301

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell & Matthews, P.A
701 West Adams Street, Suite 2
Jacksonville, FL 32204

James J. McHugh
Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107

Charles R. Mindlin
Fenstersheib & Blake
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009-5307

Anita K. Modak-Truran
Butler, Snow, O'Mara, Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

John Brian T. Murray, Jr.
Steel, Hector & Davis, P.A.
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Brian K. Oblow
Gray Robinson, P.A.
201 N. Franklin Street, Suite 2200
P.O. Box 3324
Tampa, FL 33601-3324

Steven G. Ohrvall
Hill Boren
191 Jefferson Avenue
Memphis, TN 38103

Guy N. Paolino
Forbes, Bender, Paolino & Disanti, PC
225 North Olive Street
P.O. Box 568
Media, PA 19063

Robb W. Patryk
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Carl Wesley Pittman
Pittman, Manuel, Thompson & Perry
P.O. Box 710
Panama City, FL 32402

Edward Ashton Robinson, III
600 North Foster Drive
Baton Rouge, LA 70806

Gregory E. Ronan
Goddard, Ronan & Dineen, PC
500 Old Country Road
Garden City, NY 11530

Stephen H. Rovak
Sonnenschein & Nath, LLP
One Metropolitan Square, Suite 3000
St. Louis, MO 63102

Mauro Fernando Ruiz
Hockema, Tippit & Escobedo, L.L.P.
1 Paseo Del Prado, Bldg. 101
Edinburg, TX 78539

Gregory P. Sautter
Zimmerman Reed
651 Nichollet Avenue, Suite 501
Minneapolis, MN 55402-4123

Joshua G. Schiller
Dechert LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103-2793

Scott S. Segal
Segal Law Firm
810 Kanawha Blvd, E.
Charleston, WV 25301

Richard J. Simons
Furtado Jaspovice & Simons
22274 Main Street
Hayward, CA 94541

James M. Simpson, Jr.
Friday, Eldredge & Clark
First Commercial Bldg.
400 West Capitol Ave.
Suite 2000
Little Rock, AR 72201-3493

James Paul Sizemore
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Daniel Briggs Smith, Jr.
Smith, Phillips, Mitchell & Scott
P.O. Box 1586
Batesville, MS 38606

Kenneth C. Smith, Jr.
Smith & John
3646 Youree Drive
Shreveport, LA 71105

Stephen G. Strauss
Bryan Cave, L.L.P.
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock & Fields
P.O. Box 829
Boise, ID 83701

Robert W. Thompson
Callahan, McCune & Willis
111 Fashion Lane
Tustin, CA 92780-3397

Craig K. Vernon
Owens, James, Vernon & Weeks
1875 North Lakewood Drive, #200
Coeur d'Alene, ID 83814

Catherine Whitefield
Steel, Hector & Davis, LLP
200 South Biscayne Blvd., Suite 4000
Miami, FL 33131-2398

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett
P.O. Box 270
Montgomery, AL 36101-0270

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588

D. Eliot Yaffe
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK 73189

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02191 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Kathryn E. Barnett
LIEFF CABRASER HEIMANN & BERNSTEIN
3319 West End Ave.
Ste. 600
Nashville, TN 37203

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Heather A. Foster
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street
30th Floor
San Francisco, CA 94111

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery St.
30th Floor
San Francisco, CA 94111--333

Karin Kramer
LIEFF CABRASER HEIMANN & BERSTEIN LLP
275 Battery Street
30th Floor
San Francisco, CA 94111

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT